UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

FILED
2014 JUN 10 P 2: 51
U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:14-CR-73 |
| | ) Judge Jordan |
| JERRY SUITER | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about March 15, 2014, in the Eastern District of Tennessee, the defendant, JERRY SUITER, having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in commerce and affecting commerce, a firearm, namely, an EIG, model Titanic, .32 S&W caliber revolver, which had been shipped and transported in interstate commerce.

[Title 18, United States Code, Sections 922(g)(1)]

A TRUE BILL:

_____
FOREPERSON

WILLIAM C. KILLIAN
United States Attorney

By: _____
J. GREGORY BOWMAN
Assistant U.S. Attorney